Law Office of Corey A. Pingle
Corey A. Pingle SBN 305289
Email: capingle@pinglelaw.com
Matthew C. Briggs SBN 310449
Email: Mbriggs@pinglelaw.com
9550 Warner Ave #250-06
Fountain Valley, CA 92708
Telephone: (714) 593-2306
Facsimile: (650) 394-3132

Attorneys for Plaintiffs
TY'WANNA TURK, as Guardian ad Litem
for Z.T., a minor, and Z.T., a minor

CYNTHIA G. LAWRENCE (SBN 148927)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
blaze@sims-law.net
SLB-eService@sims-law.net

Attorneys for Defendants
POINT QUEST EDUCATION EDH, LLC and
POINT QUEST GROUP, INC.

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TY'WANNA TURK, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>POINT QUEST EDUCATION EDH, LLC, ET AL.,<br><br>Defendants. | Case No.: 2:26-cv-03485-DJC-CSK<br><br>**ORDER** |

**ORDER**

The Court, having considered the Joint Stipulation of Plaintiffs and Defendants Point Quest Education EDH, LLC and Point Quest Group, Inc. (the "Point Quest Defendants"), and good cause appearing, ORDERS as follows:

1. The Joint Stipulation is APPROVED. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs are granted leave to file and serve a First Amended Complaint no later than twenty-one (21) days after entry of this Order. Plaintiffs may file earlier upon obtaining the written consent required by Rule 15(a)(2).

2. The First Amended Complaint shall comply with Local Rule 220: it shall be complete in itself, without reference to the original complaint, and include copies of all referenced exhibits. Upon filing, it shall supersede the original complaint.

3. Plaintiffs shall make the amendments described in the Joint Stipulation under "Scope of amendment" and the related "TERMS," including removal of the intentional infliction of emotional distress claims against the Point Quest Defendants. Approval of the stipulation does not constitute a determination that any alleged pleading deficiency exists or that the proposed amendments cure any deficiency.

4. Effective upon entry of this Order, the Point Quest Defendants' motion to dismiss filed October 13, 2026, supported by the memorandum at ECF No. 4-1, is WITHDRAWN without prejudice to any procedurally available challenge to the First Amended Complaint. The Clerk is directed to terminate the motion. The hearing scheduled for December 3, 2026, is VACATED. No further opposition or reply to the withdrawn motion is required.

5. Pursuant to Federal Rule of Civil Procedure 15(a)(3), each Defendant executing the Joint Stipulation shall file and serve its answer or other response to the First Amended Complaint within twenty-one (21) days after service of that pleading, unless the Court orders otherwise.

////

////

6. The reservations of rights and defenses in paragraph 6 of the Joint Stipulation are preserved as stated therein, including the Point Quest Defendants' reservation of challenges under Rule 12 and affirmative defenses. This Order does not adjudicate the merits, legal sufficiency, or futility of any claim or requested remedy.

IT IS SO ORDERED.

Dated: November 3, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE